IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-cv-344-MOC-DSC

| | |
|---|---|
| ERIN POTTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER COMPELLING PRODCUTION** |
| vs. ) | **OF DOCUMENTS** |
| ) | |
| ADP, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Compel Non-Party Dr. Nancy Miller to Comply with … Subpoena [Duces Tecum]" (document #17) and "Corrected Motion to Compel Non-Party Dr. Nancy Miller to Comply with … Subpoena [Duces Tecum]" (document #19). Neither Plaintiff nor Dr. Miller have responded to the Motions and the time for filing a response has expired.

Defendant's "Motion to Compel Non-Party Dr. Nancy Miller to Comply with … Subpoena [Duces Tecum]" (document #17) is **DENIED AS MOOT**.

For the reasons stated therein, the Corrected Motion to Compel (document #19) is **GRANTED**. The Court **ORDERS** Dr. Nancy Miller to produce the medical records and all other documents that are subject to the subpoena duces tecum with fifteen (15) days of this Order.

The Clerk is directed to the send copies of this Order to counsel for the parties; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED.**                     Signed: December 30, 2013

_____
David S. Cayer
United States Magistrate Judge