**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00344-MOC-DSC**

| | |
|---|---|
| **ERIN POTTS,** )<br>)<br>Plaintiff, )<br>) **AMENDED ORDER**<br>vs. )<br>)<br>**ADP, INC.,** )<br>)<br>Defendant. ) | |

**THIS MATTER** is before the Court following its March 12, 2014 "Order," Doc. 32. In that Order, the Court ordered Defendant to pay Plaintiff the reasonable attorney's fees and costs incurred in obtaining that Order, preparing and obtaining the Order on its Motion to Compel, Doc. 22, and the costs associated with reopening Plaintiff's deposition, and directed that such amounts would be determined by the Court after reviewing an affidavit submitted by Plaintiff's counsel. The "Affidavit of Matthew D. Duncan in Support of Award of Attorney's Fees and Costs" (document #33) was filed on March 19, 2014. The Court has carefully reviewed the Affidavit and exhibits and <u>orders</u> that reasonable attorneys' fees and costs be allowed in the amount of $3,920.00. **NOW IT IS HEREBY ORDERED** that:

1. On or before April 7, 2014, Plaintiff shall pay directly to Defendant's counsel the sum of $3,920.00 representing the reasonable attorneys' fees and costs incurred in filing "Defendant's Motion for Sanctions," Doc. 27, "Defendant's Motion to Compel Non-Party Dr. Nancy Miller to Comply with Properly-Served Subpoena," Doc. 19, and reopening Plaintiff's deposition.

2. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: March 27, 2014

David S. Cayer
United States Magistrate Judge