# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:13-cv-00344-MOC-DSC

| | |
|---|---|
| **ERIN POTTS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| **ADP, INC.,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court following its May 6, 2014 "Memorandum and Order," Doc. 45. In that Order, the Court ordered Plaintiff to pay Defendant the reasonable attorney's fees and costs incurred in obtaining that Order and reopening the depositions of Plaintiff and Dr. Miller, and directed that such amounts would be determined by the Court after reviewing an affidavit submitted by Defendant's counsel. The "Affidavit of Ted N. Kazaglis in Support of Award of Attorney's Fees and Costs," Doc. 46 was filed on May 13, 2014. The Court has carefully reviewed the Affidavit and exhibits and orders that reasonable attorneys' fees and costs be allowed in the amount of $3,128.45.

**NOW IT IS HEREBY ORDERED** that:

1. On or before May 27, 2014, Plaintiff shall pay directly to Defendant's counsel the sum of $3,128.45 representing the reasonable attorneys' fees and costs incurred in filing "Defendant's Second Motion for Sanctions. . . ," Doc. 35, and reopening the depositions of Plaintiff and Dr. Miller.

2. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.   Signed: May 13, 2014

David S. Cayer
United States Magistrate Judge