UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00344-MOC-DSC

| | |
|---|---|
| **ERIN POTTS,** | )<br>) |
| Plaintiff, | )<br>) |
| Vs. | ) ORDER<br>) |
| **ADP, INC.,** | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Motion for Summary Judgment. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court calendar for oral arguments defendant's Motion for Summary Judgment (#48) on the next available hearing calendar.

Signed: July 11, 2014

Max O. Cogburn Jr.
United States District Judge